```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Igor Leandro Ramos Quinn-Goncalves

     v.

U.S. Immigration and Customs Enforcement    Case No. 24-cv-77-SE-AJ
Boston Field Office and Strafford County
Department of Corrections Superintendent

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 26, 2025. For the reasons explained therein, I deny the Federal Respondent's Motion to Dismiss (Doc. No. 11). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  _____
                                                  Samantha D. Elliott
                                                  United States District Judge

Date: March 27, 2025

cc:   Igor Leandro Ramos Quinn-Goncalves, pro se
       Walter Ramos, Esq.